App. Div.]            First Department, June, 1913.

Henry Leerburger, Appellant, v. Henry R. C. Watson, as Executor, etc., of William Watson, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

C. Percy Tuttle, as Trustee in Bankruptcy of Joseph M. Everett, Bankrupt, Appellant, Respondent, v. Leonard J. Field and Edwin Field, Respondents, Appellants, Impleaded with Another.— Judgment and order affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Rosalie Stewart, Respondent, v. The American Kennel Club, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,500; in which event, judgment as so modified and order affirmed, with costs to respondent. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Sophie U. Linden, Appellant, v. The Bank for Savings in the City of New York, Impleaded with Robert E. Carling, as Executor, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Pauline E. Reed, Respondent, v. Walter H. Reed, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Joseph Haas and Another, Respondents, v. Joseph Hilton and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The Farmers' Loan and Trust Company, as Trustee under the Last Will and Testament of Frances R. Mortimer, Deceased, etc., Respondent, v. New York Finance Company and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

The Farmers' Loan and Trust Company, as Trustee under the Last Will and Testament of Frances R. Mortimer, Deceased, etc., Respondent, v. James F. McDonald, Individually and as Trustee, etc., and Others, Appellants, Impleaded with Marion Coit Mortimer and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Louis Nadel, Appellant, Impleaded with Others.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

James E. Sanders, Respondent, v. Mary R. Tyssowski, Individually and as Administratrix, etc., of Oscar W. Schafer, Deceased, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Frank Alexander, Respondent, v. Thomas Thomaschek, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No